Frederick Siefter, etc., Respondent, v. American Bonding Company of Baltimore, Appellant.— Motion granted.    Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Mary E. Beebe, Respondent, v. Silas P. Beebe, Appellant.— Order modified by providing that the date from which alimony shall be payable shall be June 10, 1913 (*Thrall* v. *Thrall*, 83 Hun, 188), and as thus modified affirmed, without costs.    No opinion.    Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Samuel H. Booth and Others, Respondents, v. J. Noah H. Slee, Appellant.— Judgment affirmed, with costs.    No opinion.    Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The Brooklyn Heights Railroad Company, Appellant, v. Alfred E. Steers, Individually and as President of the Borough of Brooklyn, and the City of New York, Respondents.— Judgment affirmed, with costs.    No opinion.    Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Joseph P. Daly, Respondent, v. Otis Elevator Company, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Brunislaw Dec, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county reversed and a new trial ordered, costs to abide the event, inasmuch as the plaintiff did not sustain the burden of establishing negligence of the defendant.    Evidence of loss of profits on a contract was not admissible as damages for personal injuries unless plaintiff also gave proof that such injuries prevented performance of the contract or receipt of profits thereof, or diminished them.    Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

John Grady, Respondent, v. National Conduit and Cable Company, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Nettie G. Hazer, now Nettie G. Sheldon, Respondent, v. Thomas Willis, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.    Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of Katherine K. C. Lyman, an Alleged Incompetent Person, Respondent.    Margaret K. C. Beale, Appellant; Elizabeth I. Howe, Respondent.— Order affirmed, with ten dollars costs and dis-